Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
(973) 622-3333 (telephone)
(973) 622-3349 (facsimile)

Deepro R. Mukerjee
Lance A. Soderstrom
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-6330
Facsimile: (212) 940-8776
Email: deepro.mukerjee@kattenlaw.com
lance.soderstrom@kattenlaw.com

Jillian M. Schurr
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
Telephone:  (312) 902-5200
jillian.schurr@kattenlaw.com

Jitendra Malik, Ph.D.
**KATTEN MUCHIN ROSENMAN LLP**
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: (704) 444-2000
jitty.malik@katten.com

Attorneys for Defendant Mylan Laboratories Limited

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, and JANSSEN RESEARCH & DEVELOPMENT, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>MYLAN LABORATORIES LIMITED,<br><br>        Defendant. | Civil Action No. 3:21-cv-15137-ZNQ-LHG<br><br>*Document Electronically Filed* |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**MYLAN LABORATORIES LIMITED**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Mylan Laboratories Limited ("Defendant") states as follows:

1. Defendant is a subsidiary of Mylan Inc.

2. Mylan Inc. is wholly owned by Viatris Inc., a publicly held company.

3. No publicly-held company owns 10% or more of Viatris Inc.'s stock.

DATE: September 29, 2021

/s/ Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (jsoos@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

Deepro R. Mukerjee
Lance A. Soderstrom
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-6330
Facsimile: (212) 940-8776
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra ("Jitty") Malik Ph.D.
**KATTEN MUCHIN ROSENMAN LLP**
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: (704) 444-2000
jitty.malik@katten.com

Jillian M. Schurr
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
jillian.schurr@katten.com

Attorneys for Defendant
Mylan Laboratories Limited